UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KELLY JONES,

       Plaintiff,

v.                            **ORDER**
                              Civil File No. 10-4201 (MJD/AJB)

WARDEN JETT,

       Defendant.

Kelly Jones, pro se.

Anna H. Voss, Assistant United States Attorney, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated August 12, 2011. [Docket No. 14] Plaintiff Kelly Jones filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record of the portion of the Magistrate Judge's disposition to which specific written objection has been made. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based

upon that review, the Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Boylan dated August 12, 2011.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated August 12, 2011 [Docket No. 14].

2. Kelly Jones' Motion to Vacate Sanctions under 28 U.S.C. § 2241 and Constitutional Amendment 8 [Docket No. 1] is **DENIED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: November 8, 2011     s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court